PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court
## for the
### DISTRICT OF MINNESOTA

United States v. Ricardo Quintanilla

Docket No. 0:09CR00109-022(JNE)

**Petition on Supervised Release**

M-13- 461
RECEIVED
FEB 28 2013
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

    COMES NOW **Elbert K. Shepherd**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Ricardo Quintanilla** who was sentenced for Money Laundering on April 25, 2011, by the Honorable Joan N. Ericksen, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

    No alcohol; not to enter establishment where alcohol is sold
    Participate in drug/alcohol treatment program
    Employment required

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

    SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

On December 4, 2012, Mr. Quintanilla was cited for Public Intoxication while attending a family barbeque.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

    The defendant shall perform 32 hours of community service, as approved by the probation officer.

SCANNED
FEB 2 8 2013
U.S. DISTRICT COURT MPLS

## ORDER OF THE COURT

Considered and ordered this _25th_ day of _Feb_, 2013, and ordered filed and made a part of the records in the above case.

_____
Honorable Joan N. Ericksen
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

_____
Elbert K. Shepherd
U.S. Probation Officer
Telephone: 612-664-5352

Executed on   February 27, 2013
Place         Minneapolis

Approved:

_____
Douglas S. Stevens
Supervising U.S. Probation Officer

Prob 49

FILED BY CLERK OF COURT

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States v. Ricardo Quintanilla

Docket No. 0:09CR00109-022

## HEARING WAIVER

I, Ricardo Quintanilla, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 32 hours of community service, as approved by the probation officer.

Signed: *Ricardo Quintanilla*
Ricardo Quintanilla

Witness: [signature]

Dated: 1-25-13