Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

| DOCKET NO. (Transferring Court) |
|---|
| 0864-0:09CR00109-022(JNE) |

| DOCKET NO. (Receiving Court) |
|---|
| M-13- 461 |

| NAME AND LOCATION OF | DISTRICT | DIVISION |
|---|---|---|
| Ricardo Quintanilla | MINNESOTA | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Joan N. Ericksen | |
| | TYPE OF SUPERVISION<br>SUPERVISED RELEASE | FROM<br>03/23/2012 | TO<br>03/22/2014 |

**OFFENSE**

Money Laundering

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the case named above be transferred with the records of this Court to the United States District Court for the Southern District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision herein may be changed by the District Court to which this transfer is made without further inquiry of this Court.

3-15-2013
Date

Joan N. Ericksen    United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that jurisdiction of the above case be accepted and assumed by this Court from and after the entry of this order.

RANDY CRANE

April 12, 2013

Effective Date                                    United States District Judge