UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:13-CR-461-1 |
| | § | |
| RICARDO QUINTANILLA | § | |

### ORDER DECLARING FORFEITURE OF BOND AND ENTRY OF DEFAULT JUDGMENT

WHEREFORE, the defendant, RICARDO QUINTANILLA, was released from custody in this case on a $5,000 bond secured by $5,000 cash (cashier's check) deposit; and

Wherefore, the defendant was released on conditions that he make all future appearances in this Court, and that he not travel outside Southern District of Texas without permission of the Court and not travel to Mexico; and

WHEREFORE, the defendant, Ricardo Quintanilla, failed to appear as ordered in this Court on June 6, 2014, in violation of the conditions of his release order;

Based on the foregoing, and for good cause shown, IT IS HEREBY ORDERED that:

(1) Pursuant to Title 18, United States Code, Section 3146(d), and Rule 46(f)(1) of the Federal Rules of Criminal Procedure, the appearance bond in this case of $5,000, cash deposit, securing such bond, is ordered FORFEITED;

(2) Pursuant to Rule 46(f)(3)(A), a default judgment be ENTERED;

(3) Pursuant to Rule 46(f)(3)(B) & (C), the Clerk of the Court is directed to serve a copy of this Order and of the Government's Motion Pursuant to Rule 46(f) for an Order Declaring the Bond Forfeited; and

(4) Upon separate motion of the United States and Court Order, the Clerk is directed to give notice of said forfeiture and entry of judgment against the defendant, Ricardo Quintanilla, and cash bond depositor, Nora I Ramirez.

SO ORDERED this 1st day of September, 2015, at McAllen, Texas.

_____
Randy Crane
United States District Judge